Mark J. Healey
24625 Knox Road
Marshall, MO  65340-9552
660-886-6538
Email:  mjh345@hotmail.com

July 1, 2015



FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 0 6 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Cathy Lusk
Clerk of the Court
12th Court of Appeals
1517 W Front St. #354
Tyler, TX  75702

Re:  No. 12-15-00047-CV, Mark J. Healey vs. Edwin N. Healey

Dear Ms. Lusk:

Please find enclosed Certificate of Conference along with one copy.

Please file the original and return a conformed copy in the enclosed self addressed self stamped envelope.

Sincerely,

Mark J. Healey

Mark J. Healey

Enclosures

Cause No. 12-00047-CV
IN THE COURT OF APPEALS
FOR THE TWELFTH JUDICIAL DISTRICT
TYLER, TEXAS

===============================================================

MARK J. HEALEY
APPELLANT

V.

EDWIN N. HEALEY
APPELLEE



FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 0 6 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

---------------------------------------------------------------

*On Appeal from Cause No. 2014C-0638*
*From the 3rd District Court, Henderson County, Texas*
*Honorable Mark Calhoon, Judge Presiding*

---------------------------------------------------------------

**CERTIFICATE OF CONFERENCE
RE: MOTION FOR CONTINUANCE**

===============================================================

MARK J. HEALEY, Appellant, hereby certifies that I have attempted to confer

with Koy Killen by telephone on June 29, 2015 and June 30, 2015, but counsel has not

responded to my attempts.

WHEREFORE, this is presented to Court for determination.

Respectfully submitted,

Mark J. Healey
24625 Knox Road
Marshall, MO  65340-9552
660-886-6538

Email: mjh345@hotmail.com

## CERTIFICATE OF SERVICE

I certify that on July 1, 2015 a true and correct copy of Mark J. Healey's Certificate of Conference was served on all parties or counsel of record in accordance with rules.

Koy R. Killen                    Via Fax: 817-447-0052
104 South Main Street
Burleson, Texas 76028

Steve Stark
110 E. Corsicana
Athens, Texas 75751

Paul C. Healey
3309 Heather Hill
Garland, Texas 75044


_____
Mark J. Healey